COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:            01-14-00843-CV

Style:                   Raymond Espinosa

                         **v** Aaron's Rents, Inc., Aaron's Inc., Aaron's Sales & Lease Ownership, and Nicole Lee

Date motion filed[*]:    March 30, 2015

Type of motion:          Motion to strike

Party filing motion:     Appellees

Document to be filed:

Is appeal accelerated?        No

Ordered that motion is:

☐        Granted

         If document is to be filed, document due:

         ☐ The Court will not grant additional motions to extend time

☑        Denied

☐        Dismissed (*e.g.*, want of jurisdiction, moot)

☐        Other: _____

**The Court will decide the appeal based on the record properly before the Court.** *See, e.g., Till v. Thomas*, **10 S.W.3d 730, 733–34 (Tex. App.—Houston [1st Dist.] 1999, no pet.).**

Judge's signature: _/s/ Chief Justice Sherry Radack
                   ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date:  May 21, 2015

November 7, 2008 Revision